IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Petitioner,

vs.                               Case No. 3:08cv55/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

       This cause is before the court upon Petitioner's filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The court notes that Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments, including a prisoner consent form and financial certificate and a computer printout of the transactions in his prison account for the preceding six-month period.

       Additionally, Petitioner failed to use the court-approved form for filing his petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under section 2254 unless the appropriate petition form is properly completed and filed. Thus, Petitioner must file an amended petition on the form for use in section 2254 cases. Petitioner is advised that the amended petition must contain all of his allegations, and it should not in any way refer to the original pleading. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida.

       Accordingly, it is **ORDERED**:

       1.    The clerk of court is directed to forward to Petitioner a form for use in actions under 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis and a prisoner consent form and

financial certificate approved for use in the Northern District. This case number should be written on the forms.

    2.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and titled "Amended Petition." Additionally within that time, Petitioner shall (1) pay the filing fee of $5.00, or (2) submit a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account.

    3.    Petitioner's failure to comply with this order may result in a recommendation of dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 20th day of February 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**