IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Petitioner,

vs.                                      Case No.:  3:08cv55/LAC/EMT

WALTER A. McNEIL,[1]
    Respondent.
_____/

# O R D E R

This cause is before the court on Petitioner's "Motion for Further Relief" (Doc. 4). Petitioner requests that the court send him a copy of his petition and advise him of the date it was filed (*id.*).   Petitioner is advised that the date of filing of his petition is February 8, 2008. Petitioner is further advised that the court cannot make a copy of his petition for him unless he submits payment in the amount of $.50 per page, prepaid, to the clerk of this court.  The court notes that Petitioner's petition is two (2) pages in length.  Therefore, he must submit payment of $1.00 if he wishes the court to provide him a copy of the petition.

Accordingly, it is **ORDERED**:

1.    The clerk of court is directed to change the docket to reflect that Walter A. McNeil is substituted for James McDonough as Respondent.

2.    Petitioner's "Motion for Further Relief" (Doc. 4) is **DENIED**.  If Petitioner wishes to obtain a copy of his petition, he shall submit payment to the clerk of court in the amount of $1.00.

**DONE AND ORDERED** this 29th day of February 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

---

[1] Walter a. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).